SM

5/23/2021

Dear Judges Korcoras and Norgle,

Please copy this to the defendants' attorney(s) whose names — surprisingly at this late date from an <u>emergency</u> petition filed last year — I still don't know. This is for the record, I also want to see <u>all</u> my evidence including video interviews and phone in jail.

I filed an emergency petition for a <u>real</u> reason unlike the State's falsified and misleading motion to Stay Judge Bakalis' decision releasing me <u>AWAY</u> from IDHS conditionally. I was meeting all his conditions plus an additional appointment with drug/alcohol screening at Healthcare Alternative Services in Wheaton. On my voluntary return to Chicago Read I was refused the "Status Quo" the State claimed as

-1-

FILED
JUN - 2 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

their "emergency" to preserve for the "fruits" of the merits of their appeal. Now, I have been attacked seven times by a patient named Antoinette Vicari, four times by patient Jenice Lampkin, and now four times — the last resulting in an injury on my upper/mid back (photographed by security) when I was shoved by Julia Das who is on a 1:1. The staff allow her to attack me then reward her with popcorn.

I just did an injury report with Dr. Mir Obaid whom the nurses refused to call after the incident but charted negatively against me as "provoking" for asking. I was able to see my chart in which none of her assaults

-2-

have been documented. She admitted with Dr. Obaid hearing that she attacked me in my room while I was watching a DVD in my bed claiming she "barely hit" me. I stood up in the corner of my bed next to the wall as she had continued her assault until a (MHT) tech, Branka Hadzimuratovich pulled her off me. Her social worker who had been meeting with her, Monika did not stay with her as she was on 1:1. The night before Julia had chased me around the room after throwing chairs because "I won't talk to her" several times while staff laughed even after I stopped

on the other side of a table to help staff IDHS claims in their court reports "intervene"—they do not! Six years without gym time has made me weak and I am 54. Julia is 22! They still did not grab her. I have been attacked over 50 times in the past decade—this is too much. I never hit any of them back or push them off me. When do I get my Constitutional right to defend myself? This is killing me!

Julia calls me "killer" and other names perpetuated by Jim Alm, RN who spreads false rumors even inciting Bradley Gutmann, a patient, to say "if you kill a person when on meds for a year…" which was not my case… it's murder… fake your headaches and take 50 tramadol and kill yourself." None of this is in my

-4-

Chart as they almost never chart verbal or physical attacks on me only exaggerated and falsified notes of me defending myself, as if it is "provoking", verbally. It is a <u>crime</u> to mislead a court to falsely <u>imprison</u> someone!

    Julia Das is an "autistic" patient requiring ongoing 1:1's because of her daily violence. I heard Dr. Anatoliy Pyslar say "She doesn't belong here" just like he's written for me. Dr. Timothy Cummings said "I don't belong here" on January 24th, 2020. <u>Foucha v. Louisiana</u> dictates "BUT NO LONGER." Today, Dr. Mir Obaid agreed the system is "rotten" but "only judges and lawyers can change that." I'm asking for this to end — I can't do it

-5-

anymore. I'm too old and weak with a situation permeated with false, inciting rumors ostensibly by people with M.D.'s and J.D.'s causing me to be ganged up on by staff brown-nosing (see Judge Bakalis' Sept. 18th, 2019 decision stating that subordinates are forced to obey their superiors and his October 27th, 2020 order granting me a hearing on the falsification of my records which has been ignored by the new trial Judge, Daniel Guerin, who also was going to allow my constitutional rights to be violated by not allowing attorney presence or recording of the IME while allowing Joe Lindt, a defendant here, to pass on false

-6-

information to the IME. No hearing on falsifications.

Continued detainment of a person is prohibited by the Constitution unless there is a significant interest. I was acquitted, unfortunately not under the deserved involuntary intoxication defense for the seratonic toxicity that caused my psychosis and temporary insanity via medications prescribed by my PCP, but as NGRI. Under Foucha v Louisiana, S Ct and US v. Jones (michael) S Ct, I can only be detained in a mental hospital for "treatment" which outside people believe is therapeutic but in fact under IDHS is coercive persuasion to obey even if it harms one—"Stick and Carrot." I cannot be detained

-7-

if I am no longer mentally ill from what caused my conduct requiring arrest AND dangerousness (<u>reasonably expected</u> to commit <u>serious</u> bodily <u>harm</u>) from it, my "treatment" has to be "reasonably related" to the offense. It is not and it is abusive.

 I will never get out while IDHS continues to "set me up" with violent patients expecting me to <u>never</u> defend myself — like I have always — and an Administration dictating this circus of fraud and abuse when according to a MISA counselor who resigned — like Dr. Pyslar did on April 30th, 2021 showing me a chart note he wrote that IDHS

-8-

refuses to provide me when he said "I shouldn't have put released to <u>either</u> state but to Arizona" — the "Administration and your caseworker are against you. Anyone who tries to help you is shit on," will never produce due process, equal protection of the law or my Constitutional rights that flow from my acquittal. My own doctor, Anatoliy Pyslar, apologized the night he left saying "I'm sorry if I've done anything that hurt you."

So, I am requesting an immediate appearance for issues

-9-

of representation in this "emergency" situation and to show the federal court that effectually I have exhausted all remedies with a State Court that puts my life at risk by refusing to hear a motion to lift the stay at the Illinois Supreme Court "because the briefing schedule for the appeal had begun" and the bias is so much against me that crimes of fraud and perjury (see statements more voluminous than Jennifer Coleman's in the Toledo case when she was forced to resign in the recent (and past) transcripts ordered by Terry Johnson — after I get them) are allowed and I will never

-10-

get a fair day in DuPage County or the Appellate Court where the previous State's Attorney, Birkett, now presides as an appellate judge while my Appeal sits and sits and sits there on <u>one</u> issue the State did not even argue — abuse of discretion. The motion to lift the Stay sits too despite it only taking a week to force me back into IDHS custody before I could even respond.

    IDHS and the State has used unethical, even criminal tactics to decision shop. In the Spirit

-11-

of equity, equal protection and due process that doesn't take a lifetime I need the federal court to intervene, now.

The State is trying to increase the power of an IDHS that would feel okay leading this State into being like North Korea by starting with overturning <u>Foucha v. Louisiana</u>, S Ct. on the issue of personality disorders using false information in my case — without providing the court with <u>any</u> testing and concealing the test from 2016 showing no personality disorder or mental illness by calling normal defenses to abuse "outstanding

-12-

character pathology" and refusing positive chart notes or forcing doctors to leave my case when they try to help me. To continue this is to continue criminal activity.

Wherefore, I request an immediate hearing on jurisdiction and the falsification of my records with me present in the court by means of a writ. I would like a discovery demand too.

Respectfully,

Marci M Webber (773) 794-4036/3950

The above is all true under the pains and penalties of perjury. 5/23/2021 3pm

Marci M Webber
CRMHC
4200 N. Oak Park Av
Chicago, IL 60634
marciwebber101@gmail.com
(not accessible at CRMHC)

-13-

US DISTRICT COURT
Clerk of Court for the record
and Judge Charles Norgle
Dirksen Building #2341
219 S. Dearborn St.
Chicago, IL 60604

Marci M Webber 1:20CV07807
AR MMR 4700 N. Oak Park Av
Chicago, IL 60634
5/23/21