IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIE MARIE WEBBER, | |
| Plaintiff, | Case No. 1:20-cv-07807 |
| v. | Hon. Charles R. Norgle |
| STATE OF ILLINOIS, et al., | |
| Defendants. | |

### ORDER

Plaintiff's appointed counsel has informed the Court that a status report was submitted by email to the Court's courtroom deputy on May 26, 2021. The Clerk is instructed to file that communication on the docket of this case. Counsel is admonished that all future status reports and any other activity in this case shall be filed on the docket. The scope of the Court's order appointing counsel was to represent Plaintiff in this case. Based on the Court's review of counsel's status report, counsel has perhaps commendably endeavored to assist Plaintiff in her litigation in Illinois state court but provides no update relevant to the status of this case. The Court notes that Plaintiff's *pro se* complaint, which ostensibly asserts claims under 42 U.S.C. §§ 1983, 1985, and 1986 on the Court's form complaint made available to *pro se* litigants, appears to challenge the results of her state court litigation, raising the possibility that this case is precluded by the Rooker-Feldman doctrine, under which lower federal courts lack jurisdiction over claims seeking review of state court judgments. Swartz v. Heartland Equine Rescue, 940 F.3d 387, 390 (7th Cir. 2019). Plaintiff, through counsel, is granted leave to file a motion for leave to amend Plaintiff's *pro se* complaint in this case by June 29, 2021. The Court's prior order, Dkt. 22, requiring counsel to file a written status report as to the status of this case by June 29, 2021 stands.

IT IS SO ORDERED.

ENTER:

/s/ Charles R. Norgle
_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 9, 2021