IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MARCI MARIE WEBBER,<br><br>                        Plaintiff,<br><br>v.<br><br>STATE OF ILLINOIS, et al.,<br>                        Defendants. | Case No.: 1:20-cv-07807<br><br>Judge Charles R. Norgle |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Withdraw as Counsel and for Extension of Time to File Second Amended Complaint [58]. The Court grants counsel's request to withdraw and the extension of time to file a second amended complaint [58]. The Clerk will take the necessary steps pursuant to the local program to designate counsel for the Plaintiff.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 12, 2022