# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marci Marie Webber

                Plaintiff,

v.                                      Case No.: 1:20–cv–07807
                                      Honorable Charles R. Norgle Sr.

State of Illinois, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2022:

    MINUTE entry before the Honorable Charles R. Norgle: The Court recruits Attorney Joseph Patrick Storto, Storto, Kalal, Finn & Tenuto, 100 West Green Street, Bensenville, IL 60106, 630–860–5520, sflaw1@aim.com, to represent plaintiff, Marci Marie Webber, in accordance with counsels' trial bar obligations under N.D. Ill. Local Rules 83.11(g) and 83.37. Counsel is directed to open a separate PACER account for use in this case only. Fees are exempt for this case and the previously identified cases filed in this court by this plaintiff only; counsel shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of counsel's participation in this matter. This exemption may be revoked at the discretion of the Court at any time. Counsel shall contact the PACER Service Center at 1–800–676–6856 or via the link below to create a new PACER account and to make any necessary arrangements for the waiver. The Clerk is directed to send a copy of this Order to Plaintiff, recruited counsel, the Systems Department of the Northern District of Illinois, and the PACER Service Center at http://www.pacer.psc.uscourts.gov/register.html.Ma iled notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.