FILED
JUL 25 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois - CM/ECF NextGen 1.6.3
Eastern Division

| | |
|---|---|
| Marci Marie Webber, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:20-cv-07807 |
| State of Illinois, et al., | ) Honorable Charles R. Norgle, Sr. |
| Defendant. | ) |

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

NOW COMES STORTO FINN LAW GROUP by JOSEPH P. STORTO, f/k/a STORTO, KALAL, FINN & TENUTO, and ask said Honorable Court to withdraw my appointment under N.D. Ill. Local Rule 83.11(g) and 83.37 on the following basis:

1. JOSEPH P. STORTO is a licensed attorney for the State of Illinois since May 16, 1972 and for The Northern District of Illinois Eastern Division since June 13, 1972.

2. My former law firm name was STORTO, KALAL, FINN & TENUTO and is now JOSEPH P. STORTO, P.C. d/b/a STORTO FINN LAW GROUP.

3. I am in my fifty-first (51st) year of law practice at 100 W. Green Street, Bensenville, Illinois.

4. I currently have one partner LAWRENCE E. FINN, no associates and I have one paralegal.

5. My current practice is limited to Personal Injury, Workers Compensation, Criminal & Traffic, Real Estate commercial and residential, Wills, Trusts, Estates in Probate and some civil litigation and I am working on a reduced work schedule and I am out of the State of Illinois over

six (6) months a year at my Florida home and will eventually spend my retirement there.

6. I am unaware and unfamiliar with 42 USC 1983 nor have I to my knowledge filed any such action in my 50 year legal career nor do I have the resources to represent the plaintiff in this cause of action.

WHEREFORE I respectfully request said Honorable Court to remove my name from appointment on said case.

Respectfully submitted,

STORTO FINN LAW GROUP

By: _____
Joseph P. Storto

SUBSCRIBED and SWORN to before
me this 21 day of July, 2022.

_____
Notary Public

OFFICIAL SEAL
LINDA S SOFIA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/02/2026

**STORTO FINN LAW GROUP**
100 W. Green Street
Bensenville, IL 60106
630/860-5520
630/860-0014 (fax)
SFLAW1@AIM.COM
ARDC #: 2748363

2