# STORTO FINN LAW GROUP

**ATTORNEYS AT LAW**
100 WEST GREEN STREET - BENSENVILLE, IL 60106
(630) 860-5520 - FAX (630) 860-0014
WWW.STORTOFINN.COM - SFLAW1@AIM.COM

**FILED**
JUL 25 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSEPH P. STORTO                                             LAWRENCE E. FINN

---

July 21, 2022

-Via Over-Night Fed Ex Delivery-

Clerk of the United States Court, 20th Floor
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**RE: Marci Marie Webber v. State of Illinois**
    Case Number: 1:20-cv-07807

Dear Clerk:

Enclosed are my original Notice of Motion and Motion to Withdraw.

Please file and return to me a stamped copies so this will appear on Judge Norgle's docket.
I have enclosed a self-addressed, stamped envelope for your use in returning the filed/stamped documents to my office.

Thank you for your assistance in this matter.

Sincerely,
STORTO FINN LAW GROUP

Joseph P. Storto
Attorney at Law

JPS/lss

Enclosures: Notice of Motion
            Motion to Withdraw

Attn: Joseph P. Storto

STORTO FINN LAW GROUP
100 W. Green Street
Bensenville, IL 60106



