# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Marci Marie Webber

                    Plaintiff,

v.

State of Illinois, et al.

                    Defendant.

Case No.: 1:20–cv–07807
Honorable Charles R. Norgle Sr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for leave to withdraw James J. Eccleston, Esquire as attorney and for extension of time to file second amended complaint [65] is granted. Second amended complaint is due by 9/15/2022. Attorney James Joseph Eccleston terminated. Mailed notice(smm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.