IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCI WEBBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 CV 7807 |
| v. ) | Judge Charles R. Norgle, Sr. |
| ) | |
| STATE OF ILLINOIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AMANDA KOZAR
## AS COUNSEL FOR DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 74, Amanda Kozar respectfully requests that this Court and counsel allow her to withdraw from representation of the Defendants in the above-captioned matter. In support of this motion, counsel states as follows:

1. As of September 23, 2022, Ms. Kozar is no longer employed by the Office of the Illinois Attorney General.

2. Assistant Attorney General Margaret Jones, who is also counsel of record for Defendants, will continue to represent these Defendants.

Wherefore, Amanda Kozar prays that this Court enter an order allowing her withdrawal as counsel in this matter.

                                                            Respectfully submitted,

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois | /s/ *Amanda L. Kozar*<br>Amanda L. Kozar<br>Assistant Attorney General<br>General Law Bureau<br>100 W. Randolph, 13th floor<br>Chicago, Illinois 60601<br>Tel: (312) 814-6534<br>amanda.kozar@ilag.gov<br><br>*Counsel for Defendants* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, I submitted a copy of the foregoing with the Clerk for the Central District of Illinois using the Court's electronic filing system or CM/ECF and thereby provided a copy of to all attorneys of record.

By:    */s/ Amanda L. Kozar*